UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 09-299 |
| SAMUEL GRAVES | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Samuel Graves (Michael Gilberti, Esq., appearing) to comply with certain conditions of supervised release imposed on August 16, 2010 and again on January 7, 2011; and the defendant having entered a guilty plea on May 7, 2012 to having violated Condition No. 2, which required that he should refrain from possessing or using any narcotic or controlled substance; and for good cause shown;

IT IS on this ____11____ day of May, 2012,

ORDERED that the defendant is adjudged guilty of having violated Condition No. 2 of his supervised release, which required that he refrain from possessing or using any narcotic or controlled substance by testing positive for cocaine on five separate dates;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a

period of ten months;

IT IS FURTHER ORDERED that Violation Nos. 1, 3, 4, and 5 of the Petition filed March 30, 2012, are hereby dismissed; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE STANLEY R. CHESLER
United States District Judge